UNITED STATES BANKRUPTCY COURTT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.: 08-18758-BKC-PGH
PROCEEDING UNDER CHAPTER 13

IN RE:

CHRISTOPHER PROSCIA
XXX-XX-8715
GINA M PROSCIA
XXX-XX-7821

DEBTORS               /

## NOTICE OF DEPOSIT OF FUNDS WITH THE U.S. BANKRUPTCY COURT CLERK

**NOTICE IS HEREBY GIVEN THAT:**

The Trustee has a balance of $300.69 remaining in her bank account which represents unpresented checks drawn and mailed to entities pursuant to the final distribution under U.S.C. 726, 1226 or 1326 in a case under Chapter 13 in the above-named case. The Trustee has made a good-faith effort to verify the correct mailing address for said entitiies and to deliver the funds before presenting this notice. More than sufficient time has passed for these checks to be presented for payment.

Attached and made a part of this notice, is a list, pursuant to Bankruptcy Rule 3001, of the names, claim numbers and addresses of the claimants and the amounts to which each is entitled.

**WHEREFORE**, the Trustee hereby gives notice that the above-stated sum has been deposited with the Clerk of the U.S. Bankruptcy Court, Southern District of Florida, to effect closing this estate.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Trustee's Notice of Deposit of Funds with the U.S. Bankruptcy Court Clerk was mailed to the parties listed on the attached service list this 4th day of August, 2011.

_____
ROBIN R. WEINER, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 559007
FORT LAUDERDALE, FL 33355-9007
FLORIDA BAR NO. 861154

COPIES FURNISHED TO:
SEE ATTACHED SERVICE LIST



U.S. BANKRUPTCY COURT
SO. DISTRICT OF FLORIDA-WPB
AUG 1 1 2011
FILED____ RECEIVED____

PAID
135614

**SERVICE LIST**

DEBTORS
CHRISTOPHER PROSCIA
GINA M PROSCIA
4352 HUNTING TRAIL
LAKE WORTH, FL 33467

ATTORNEY FOR DEBTORS
K. DRAKE OZMENT, ESQUIRE
2001 PALM BEACH LAKES BLVD
SUITE 410
W PALM BEACH, FL 33409

ATTACHMENT

**NOTICE OF DEPOSIT OF FUNDS WITH U.S. BANKRUPTCY COURT CLERK**

**Attachment - Listing of Claimant**

Case Number:     08-18758-BKC-PGH

Creditor No.:    589941

Claimant:        COLLEGE ACCESS NETWORK
                 999 18TH, SUITE 425
                 DENVER, CO 80202